Russell S. Humphrey, Esq.
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone:  (209) 625-8976
Facsimile:  (209) 625-8673

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ,<br><br>           Plaintiff,<br><br>VS.<br><br>MAR Y TIERRA MEXICAN and SEAFOOD RESTAURANT; JOHN SANTOS; DOES 1 through 5, inclusive,<br><br>           Defendant. | Case No.: 4:15-cv-01727-KAW<br><br>REQUEST FOR DIMSMISSAL OF ALL DEFENDANTS WITH PREJUDICE and PROPOSED ORDER |
|---|---|

    Plaintiff, FRANCISCA MORALEZ, through counsel Russell S. Humphrey hereby requests an order dismissing, with prejudice, all defendants from the above-entitled action.  Plaintiff requests all defendants of this civil matter be dismissed and the case closed.  Plaintiff's request is made pursuant to FRCP 41(a)(2).

    Dated:  July 21, 2015           /s/ *Russell S. Humphrey*
                                     RUSSELL S. HUMPHREY

    IT IS SO ORDERED.

    Dated: 8/3/15                    *Kandis Westmore*
                                     HONORABLE KANDIS A. WESTMORE